THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE D. HOFELLER, Respondent, *v.* GEORGE S. BUCK et al., Constituting the Council of the City of Buffalo et al., Appellants.

*Municipal corporations — Buffalo (city of) — when mandamus granted to compel municipal authorities to remove obstructions from streets and sidewalks.*

*People ex rel. Hofeller* v. *Buck,* 193 App. Div. 262, affirmed.

(Argued January 17, 1921; decided February 1, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 6, 1920, which unanimously affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant city officials to remove certain obstructions from the streets and sidewalks of the city of Buffalo. The question at issue was whether the municipal authorities of the city of Buffalo could lawfully authorize the construction and maintenance of stands for the sale of newspapers and magazines upon the streets of that city.

*William S. Rann, Corporation Counsel (Frank C. Westphal* of counsel) for the council of the city of Buffalo et al., appellants.

*Harold J. Adams* for James H. O'Keefe et al., appellants.

*Franklin R. Brown* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.